UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:16-cv-61729-DPG

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff/Counterclaim Defendant

v.

BROTHER INTERNATIONAL
CORPORATION,

    Defendant/Counterclaim Plaintiff.

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

Plaintiff SYMBOLOGY INNOVATIONS, LLC, by and through its undersigned counsel, hereby sets forth its Answer to Defendant BROTHER INTERNATIONAL CORPORATION's Counterclaim, as follows:

### COUNTERCLAIMS

### PARTIES

1.     Admit.

2.     Admit.

### NATURE OF THE ACTION

3.     Admit.

4.     Plaintiff admits the first sentence of Paragraph 4 and denies the second sentence and remaining allegations contained in Paragraph 4.

5.     Admit.

6.     Denied.

## JURISDICTION AND VENUE

7. Plaintiff admits Paragraph 7 for jurisdictional purposes only.

8. Plaintiff admits Paragraph 7 for venue purposes only.

9. Admit.

## COUNT I
### (Declaration Of Non-Infringement)

10. Plaintiff restates and realleges its Answers to Paragraphs 1 through 9, above, as if more fully set forth herein.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

## COUNT II
### (Declaration of Invalidity)

15. Plaintiff restates and realleges its Answers to paragraphs 1 through 9, above, as if more fully set forth herein.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

## COUNT III
### (Declaration Of Unenforceability for Inequitable Conduct)

26. Plaintiff restates and realleges its Answers to Paragraphs 1 through 17, above, as if more fully set forth herein.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Plaintiff is without knowledge regarding the truth of the allegations contained in Paragraph 31 and therefore denies same.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment and relief against Defendant and respectfully requests that the Court:

A. Enter a finding in favor of Plaintiff and against Defendant on each of the Counterclaims;

B. Grant in favor of Plaintiff and against Defendant the relief sought in the

Complaint; and

  C. Award in favor of Plaintiff and against Defendant such other and further relief as to the court appears just and proper.

Dated: September 26, 2016    Respectfully submitted,

                 _/s/ Joel B. Rothman_
                 JOEL B. ROTHMAN
                 Florida Bar Number 98220
                 Joel.rothman@sriplaw.com
                 JEROLD I. SCHNEIDER
                 Florida Bar Number 26975
                 Jerold.schneider@sriplaw.com
                 KEVIN E. CUDLIPP
                 Florida Bar Number 112433
                 Kevin.cudlipp@sriplaw.com

                 **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
                 4651 North Federal Highway
                 Boca Raton, FL  33431
                 561.404.4350 – Telephone
                 561.404.4353 – Facsimile
                 _Attorneys for Plaintiff Symbology Innovations, LLC_

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 26, 2016, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

      /s/ Joel B. Rothman
      JOEL B. ROTHMAN

## SERVICE LIST

Darrell Payne, Esq.
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 West Flagler Street
Suite 2200
Miami, FL  33130
305.789.3200 – Telephone
305.789.3395 – Facsimile
dpayne@stearnsweaver.com

*Attorneys for Defendant Brother International Corporation*

John T. Moehringer, Esq.
Michael B. Powell, Esq.
Danielle V. Tully, Esq.
**CADWALADER, WICKERSHAM & TAFT, LLP**
200 Liberty Street
New York, NY  10281
212.504.6731 – Telephone
John.moehringer@cwt.com
Michael.powell@cwt.com
Danielle.tully@cwt.com

*Attorneys for Defendant Brother International Corporation*