UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:16-cv-61729-DPG

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff

v.

BROTHER INTERNATIONAL
CORPORATION,

    Defendant.

## JOINT SCHEDULING REPORT

Pursuant to this Court's Order No. 23, Fed. R. Ci. P. 26(f) and 16(b) and S.D. Fla. L.R. 16.1(b), Plaintiff SYMBOLOGY INNOVATIONS, LLC ("Plaintiff"), and Defendant, BROTHER INTERNATIONAL CORPORATION ("Defendant") (collectively the "Parties"), submit the following Joint Conference Report and Proposed Scheduling Order.

**16.1(b)(2)(A)** - The parties have discussed settlement, but the likelihood of settlement is uncertain at this time.

**16.1(b)(2)(B)** - The parties do not believe additional parties are likely.

**16.1(b)(2)(C)** - The proposed limits on time required by this rule are made in the schedule that is proposed below.

**16.1(b)(2)(D)** - The parties have not yet reached any agreement regarding simplification of issues.

**16.1(b)(2)(E)** - The parties are not currently aware of any likely amendment to the pleadings, but a deadline has been proposed in the schedule set forth below.

**16.1(b)(2)(F)** - The parties have not yet reached any agreement regarding the matters

addressed by this rule.

**16.1(b)(2)(G)** - The parties do not yet have any suggestions regarding the matters addressed by this rule,

**16.1(b)(2)(H)** - The parties do not believe referral to a Magistrate Judge or master is appropriate.

**16.1(b)(2)(I)** - The parties preliminary estimate of time for the time required for trial is 4 days.

**16.1(b)(2)(J)** - The requested dates for the final pretrial conference, and trial are set forth below.

**16.1(b)(3)(A)** -The parties believe this case should be assigned to the Standard Track.

**16.1(b)(3)(B)** - The detailed discovery schedule agreed to by the parties is:

| **DEADLINE OR EVENT** | **Agreed Date** |
|---|---|
| Parties shall submit proposed Protective Order and E-Discovery Order (or file motions for protective order and/or e-discovery order) by: | **Monday, November 7, 2016** |
| A mediator must be selected, and scheduling of a time, date and place for mediation. Parties to exchange initial disclosures by: | **Monday, November 14, 2016** |
| Motions to Add Parties or Amend Pleadings | **Monday, December 5, 2016** |
| Plaintiff Serves Infringement Contentions | **Monday, December 12, 2016** |
| Defendant Serves Invalidity Contentions | **Tuesday, January 10, 2017** |

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

| **DEADLINE OR EVENT** | **Agreed Date** |
|---|---|
| Parties Exchange Disputed Claim Terms | **Tuesday, January 10, 2017** |
| Parties Exchange Proposed Constructions | **Tuesday, January 17, 2017** |
| Parties File Joint Disputed Claim Terms Chart | **Tuesday, January 24, 2017** |
| Fact and expert discovery on claim construction issues completed by: | **Tuesday, February 28, 2017** |
| Parties to file a Joint Claim Construction and Prehearing Statement by: | **Monday, March 6, 2017** |
| Opening Claim Construction Briefs | **Monday, March 20, 2017** |
| Responsive Claim Construction Briefs | **Monday, April 10, 2017** |
| Reply Claim Construction Briefs | **Monday, April 24, 2017** |
| Markman Hearing | **Monday, May 1, 2017** |
| Disclosure of Expert Reports: | **Monday, May 15, 2017** |
| Disclosure of Rebuttal Expert Reports | **Monday, June 12, 2017** |
| Fact and Expert Discovery Completed | **Monday, July 10, 2017** |

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

| **DEADLINE OR EVENT** | **Agreed Date** |
|---|---|
| All summary judgment, *Daubert*, and other dispositive motions must be filed. | **Monday, September 25, 2017** |
| Mediation shall be completed | **Monday, October 30, 2017** |
| All Pretrial Motions and Memoranda of Law, including any Motions in Limine must be filed. | **Monday, November 13, 2017** |
| Status Conference to be conducted on | **Monday November 20, 2017** |
| Resolution of all pretrial motions by the Court | |
| Joint Pretrial Stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law must be filed | **Wednesday, January 3, 2018** |
| Pretrial Conference | |
| Beginning of Trial Period. | **Monday, January 22, 2018** |
| Jury / Non-Jury | **Jury Trial** |

**16.1(b)(3)(C)** – The parties are not currently aware of any issues to be decided by the Court regarding the preservation, disclosure and discovery of documents, ESI, or things;

**16.1(b)(3)(D)** – The parties will work together to reach an agreement for asserting claims of privilege or protection of trial preparation material after production;

**16.1(b)(3)(E)** – The parties agree on the deadline of **Monday, December 5, 2016** to file motions and add parties and/or amend the pleadings:

**16.1(b)(3)(F)** – The parties agree, subject to the approval of the Court, on a deadline of **Monday, November 13, 2017** for filing all pretrial motions;

**16.1(b)(3)(G)** – The date certain for resolution of all pretrial motions by the Court is _____;

**16.1(b)(3)(H)** – The parties agree that the Manual on Complex Litigation is inapplicable.

**16.1(b)(3)(I)** – The parties agree, subject to the approval of the Court, that the pretrial conference shall take place on **Tuesday, January 16, 2018**; the Court sets the pretrial conference for _____;

**16.1(b)(3)(J)** – The parties agree, subject to the approval of the Court, that the trial shall be set for **Monday, January 22, 2018**; the Court sets the trial for _____.

A proposed Scheduling Order is submitted concurrently.

DATED: October 11, 2016                             Respectfully submitted,

*/s/ Kevin E. Cudlipp*                              */s/Darrell Payne*
KEVIN E. CUDLIPP                                    Darrell Payne, Esq.
Florida Bar Number 112433                           **STEARNS WEAVER MILLER WEISSLER**
kevin.cudlipp@sriplaw.com                           **ALHADEFF & SITTERSON, P.A.**
JEROLD I. SCHNEIDER                                 150 West Flagler Street
Florida Bar Number 26975                            Suite 2200
jerold.schneider@sriplaw.com                        Miami, FL  33130
JOEL B. ROTHMAN                                     305.789.3200 – Telephone
Florida Bar Number 98220                            305.789.3395 – Facsimile
joel.rothman@sriplaw.com                            dpayne@stearnsweaver.com

**SCHNEIDER ROTHMAN INTELLECTUAL**                  John T. Moehringer, Esq.
**PROPERTY LAW GROUP, PLLC**                        Michael B. Powell, Esq.
4651 North Federal Highway                          Danielle V. Tully, Esq.
Boca Raton, Florida  33431                          **CADWALADER, WICKERSHAM & TAFT, LLP**
561.404.4350 – Telephone                            200 Liberty Street
561.404.4353 – Facsimile                            New York, NY  10281
                                                    212.504.6731 – Telephone
*Attorneys for Plaintiffs Shipping and Transit,*    John.moehringer@cwt.com
*LLC*                                               Michael.powell@cwt.com
                                                    Danielle.tully@cwt.com

*Attorneys for Defendant Brother International Corporation*

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 11, 2016, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

 /s/ Kevin E. Cudlipp
KEVIN E. CUDLIPP

# SERVICE LIST

| | |
|---|---|
| Darrell Payne, Esq.<br>**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL  33130<br>305.789.3200 – Telephone<br>305.789.3395 – Facsimile<br>dpayne@stearnsweaver.com | John T. Moehringer, Esq.<br>Michael B. Powell, Esq.<br>Danielle V. Tully, Esq.<br>**CADWALADER, WICKERSHAM & TAFT, LLP**<br>200 Liberty Street<br>New York, NY  10281<br>212.504.6731 – Telephone<br>John.moehringer@cwt.com<br>Michael.powell@cwt.com<br>Danielle.tully@cwt.com |