UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:16-cv-61729-DPG

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff

v.

BROTHER INTERNATIONAL
CORPORATION,

    Defendant.

## STIPULATION OF DISMISSAL

Plaintiff SYMBOLOGY INNOVATIONS, LLC, ("Symbology") and Defendant BROTHER INTERNATIONAL CORPORATION ("Brother"), by and through their undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), stipulate to the dismissal of all claims brought by Plaintiff Symbology in this action, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  January 17, 2017        Respectfully submitted,

| | |
|---|---|
| */s/Joel B. Rothman* | */s/Darrell Payne* |
| JOEL B. ROTHMAN | DARRELL PAYNE |
| Florida Bar Number 98220 | Florida Bar Number 773300 |
| Joel.rothman@sriplaw.com | dpayne@stearnsweaver.com |
| JEROLD I. SCHNEIDER | |
| Florida Bar Number 26975 | **STEARNS WEAVER MILLER WEISSLER** |
| Jerold.schneider@sriplaw.com | **ALHADEFF & SITTERSON, P.A.** |
| KEVIN E. CUDLIPP | 150 West Flagler Street |
| Florida Bar Number 112433 | Suite 2200 |
| Kevin.cudlipp@sriplaw.com | Miami, FL  33130 |
| | 305.789.3200 – Telephone |
| **SCHNEIDER ROTHMAN INTELLECTUAL** | 305.789.3395 – Facsimile |
| **PROPERTY LAW GROUP, PLLC** | |
| 4651 North Federal Highway | and |
| Boca Raton, FL  33431 | |

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

| | |
|---|---|
| 561.404.4350 – Telephone<br>561.404.4353 – Facsimile<br><br>*Attorneys for Plaintiff Symbology Innovations, LLC* | John T. Moehringer, Esq.<br>*(admitted pro hac vice)*<br>John.moehringer@cwt.com<br>Michael B. Powell, Esq.<br>*(admitted pro hac vice)*<br>Michael.powell@cwt.com<br>Danielle V. Tully, Esq.<br>*(admitted pro hac vice)*<br>Danielle.tully@cwt.com<br>**CADWALADER, WICKERSHAM & TAFT, LLP**<br>200 Liberty Street<br>New York, NY  10281<br>212.504.6731 – Telephone<br><br>*Attorneys for Defendant Brother International Corporation* |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 17, 2017, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/ Jerold I. Schneider
JEROLD I. SCHNEIDER

## SERVICE LIST

| | |
|---|---|
| Darrell Payne, Esq.<br>**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL  33130<br>305.789.3200 – Telephone<br>305.789.3395 – Facsimile<br>dpayne@stearnsweaver.com | John T. Moehringer, Esq.<br>Michael B. Powell, Esq.<br>Danielle V. Tully, Esq.<br>**CADWALADER, WICKERSHAM & TAFT, LLP**<br>200 Liberty Street<br>New York, NY  10281<br>212.504.6731 – Telephone<br>John.moehringer@cwt.com<br>Michael.powell@cwt.com<br>Danielle.tully@cwt.com |