UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-cv-61729-GAYLES

SYMBOLOGY INNOVATIONS, LLC,
    Plaintiff,
v.

BROTHER INTERNATIONAL
CORPORATION,
    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the parties' Stipulation of Dismissal [ECF No. 31]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All parties shall bear their own attorney's fees and costs.

This action remains **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of January, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE